1

2

3

4

5

6



FILED
CLERK, U.S. DISTRICT COURT

FEB - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   Case No.: 6D 11 MJ000 38
                                       )
11                      Plaintiff,     )   ORDER OF DETENTION
                                       )   (FED.R. CRIM. P.32.1(a)(6); 18
12          v.                         )   U.S.C. § 3143(a))
                                       )
13  Roy Paul Biondi                    )
                                       )
14                      Defendant.     )
                                       )

15

16          The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the  Southern

18  District of  California        for alleged violation(s) of the terms and

    conditions of probation or supervised release; and

19

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

    Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

21  A.    ☒    The defendant has not met his/her burden of establishing by clear and

22                 convincing evidence that he/she is not likely to flee if released under

23                 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

24          · UNKNOWN BACKGROUND OR COMMUNITY TIES.

25          · UNKNOWN AVAILABLE BAIL RESOURCES

26          · NONCOMPLIANCE WITH PROBATION TERMS

27                                           1

28

1   and/or

2   B.      ( )      The defendant has not met his/her burden of establishing by clear and

3                    convincing evidence that he/she is not likely to pose a danger to the

4                    safety of any other person or the community if released under 18

5                    U.S.C. § 3142(b) or (c).  This finding is based on the following:

6   _____

7   _____

8   _____

9   _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated:  2|9|11

16                                        HONORABLE DAVID T. BRISTOW
                                          United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28